IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | |
|---|---|
| Rivard Farms, Inc, a Minnesota corporation, | Case No. 2:15-cv-95 |
| Plaintiff, | **ORDER OF DISMISSAL** |
| -vs- | |
| G. Allan Pearson and Prudential Insurance Company of America, | |
| Defendants. | |

Before the court is the parties' stipulation of dismissal.[1]  Upon consideration, the court hereby **ADOPTS** the stipulation in its entirety.  This case is dismissed with prejudice and without costs to any party.

**IT IS SO ORDERED**.

Dated this 22nd day of December, 2015.

/s/ Ralph R. Erickson
Ralph R. Erickson, Chief Judge
United States District Court

---

[1] Doc. #9.